AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

LAMARR ROWELL,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: 3:11-cv-00021-ECR-VPC

R. BARRY, et al.,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for the failure of plaintiff to comply with this court's order to pay the filing fee.

| March 25, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |