# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAMARR ROWELL, | ) | 3:11-CV-0021-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 22, 2011 |
| R. BARRY, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On March 25, 2011, this action was dismissed without prejudice (#4) and judgment was entered accordingly (#5).

Plaintiff has filed a motion for return of documents (#6) from the court file. Plaintiff's motion is **DENIED**. Plaintiff has been notified by the clerk of the court of the cost of copying the documents he requests (#6, Exhibit A). It is not the court's obligation to provide litigants, even indigent ones, with copy services.[1] The clerk shall not provide copies. Plaintiff may submit a copy request to the clerk of the court together with the appropriate fee.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk

---

[1] Plaintiff cannot proceed *in forma pauperis* in this action or any other civil action filed in any federal court because he has had three (3) or more actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or malicious (#3).